UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
EXQUISITE MULTIMEDIA, INC.,

        Plaintiff,

                12 Civ. 3983 (ALC)

      - against -               **ORDER**

DOES 1-21,

        Defendants.
-----------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

Plaintiff's motion for leave to take discovery prior to the Rule 26(f) conference is denied without prejudice. Plaintiff is ordered to show cause as to why this action should not be dismissed without prejudice, so that plaintiff can file separate actions against each defendant, in each case paying the required filing fee. Plaintiff's response is due no later than July 20, 2012.

Dated: New York, New York
July 13, 2012

SO ORDERED.

                              Andrew L. Carter, Jr.
                              United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-13-12